SHEEHAN, Respondent, v. WAIT, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Mary Sheehan, by guardian, Dennis Sheehan, against Mary Wait. No opinion. Judgment and order affirmed, with costs.

In re SLADOVICH. (Supreme Court, Appellate Division, First Department. November Term, 1897.) In the matter of George Sladovich. No opinion. Motion denied.

SLAIGHT et al., Appellants, v. MALONEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Alonzo T. Slaight and James E. Brownell against Mary B. Maloney. No opinion. Judgment and order reversed, and a new trial ordered, for irregularity, without costs of the appeal to either party.

SMITH, Respondent, v. BADEAU, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Edward O. Smith, by guardian, against Henry Badeau. No opinion. Judgment affirmed, with costs.

SMITH v. BRADHURST et al. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Mary E. Smith against Charles O. Bradhurst and others. No opinion. Motion denied, upon payment of $10 costs, to enable appellant to move in court below to open default. See 41 N. Y. Supp. 1002.

SMITH, Appellant, v. POERSCHKE, Respondent. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Annie E. Smith against Edward R. Poerschke. No opinion. Order affirmed, with $10 costs and disbursements. See 46 N. Y. Supp. 1100.

TAYLOR, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by George R. Taylor against Edward Smith. No opinion. Motion denied, with $10 costs. See 49 N. Y. Supp. 41.

TECKEMEYER, Respondent, v. SUPREME COUNCIL ROYAL TEMPLARS OF TEMPERANCE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Mary Teckemeyer against the Supreme Council Royal Templars of Temperance. No opinion. Order affirmed, with costs. See 40 N. Y. Supp. 23, and 43 N. Y. Supp. 1165.

THEEL, Respondent, v. PETERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Christ Theel against John Peters. No opinion. Order affirmed, with $10 costs and disbursements.

THOUSAND ISLAND PARK ASS'N, Appellant, v. GRIDLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Thousand Island Park Association against Helen M. Gridley. No opinion. Order affirmed, with $10 costs and disbursements. See 44 N. Y. Supp. 1130; 47 N. Y. Supp. 1150; and 49 N. Y. Supp. 722.

TOWNSEND, Appellant, v. BUMPUS, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by C. O. Townsend, as receiver, etc., against Sarah E. Bumpus. No opinion. Decline to hear, as the case has not been settled by the trial court.

TROTTA v. VALENTE. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Pasquale Trotta against Gabriele Valente. No opinion. Motion granted, with $10 costs.

TUPPER, Respondent, v. MACK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Ella N. Tupper against Peter J. Mack and another, as receivers of the Syracuse Consolidated Street-Railway Company. No opinion. Judgment and order affirmed, with costs.

VAN BEUREN v. LAZARUS et al. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Elizabeth S. Van Beuren against Sarah Lazarus and others. No opinion. Motion denied, with $10 costs. See 42 N. Y. Supp. 1134; 48 N. Y. Supp. 1117; and 49 N. Y. Supp. 1150.

VAN BEUREN v. WETHERSPOON et al. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Elizabeth S. Van Beuren against Frances A. Wetherspoon and others. No opinion. Motion denied, with $10 costs. See 42 N. Y. Supp. 404, and 49 N. Y. Supp. 1150.

WAGG, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Alvenia M. Wagg against the New York Central & Hudson River Railroad Company. No opinion. Dismissed without costs to either party.

In re WATSON. (Supreme Court, Appellate Division, Second Department. March 8, 1898.) In the matter of the application of Samuel S. Watson for admission to practice as an attorney and counselor at law. No opinion. Application granted.